*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, STARITA, and HACKEL
Appellate Military Judges

————————————

**UNITED STATES**
*Appellee*

**v.**

**James T. HUMPHREY**
Master-at-Arms Second Class (E-5), U.S. Navy
*Appellant*

**No. 202100349**

————————————

Decided: 24 February 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Justin R. McEwen

Sentence adjudged 29 September 2021 by a special court-martial convened at Naval Support Activity Naples, Italy, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 10 months, and a bad-conduct discharge.

For Appellant:
*Commander Michael E. Maffei, JAGC, USN*

————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

However, we note that the Entry of Judgment does not accurately reflect the disposition of the charges.[2] Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[3] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[2] The Entry of Judgment included the pleas and findings for the specifications, but not the charges. *See* Rule for Courts-Martial 1111(b)(1) (requiring the entry of judgment to contain the pleas and findings for "each charge *and* specification referred to trial") (emphasis added).

[3] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202100349 |
| **v.** | **ENTRY** |
| | **OF** |
| **James T. HUMPHREY** | **JUDGMENT** |
| **Master-at-Arms Second Class (E-5)** | |
| **U.S. Navy** | *As Modified on Appeal* |
| *Accused* | |
| | **24 February 2022** |

On 29 September 2021, the Accused was tried at Naval Support Activity Naples, Italy, by a special court-martial, consisting of a military judge sitting alone. Military Judge Justin R. McEwen presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 92, Uniform Code of Military Justice, 10 U.S.C. § 892.**

    *Plea:* Guilty.
    *Finding:* Guilty.

**Specification:** **Violation of a lawful general order on or about 2 January 2020.**

    *Plea:* Guilty.
    *Finding:* Guilty.

**Charge II:** **Violation of Article 120b, Uniform Code of Military Justice, 10 U.S.C. § 920b.**

    *Plea:* Not Guilty.
    *Finding:* Dismissed.

**Specification:** **Sexual abuse of a child on or about 2 February 2014.**

    *Plea:* Not Guilty.

    *Finding:* Dismissed.

**Charge III:** **Violation of Article 128, Uniform Code of Military Justice, 10 U.S.C. § 928.**

    *Plea:* Guilty.

    *Finding:* Guilty.

**Specification 1:** **Assault consummated by a battery upon M.H. in or about April 2017.**

    *Plea:* Guilty

    *Finding:* Guilty.

**Specification 2:** **Assault consummated by a battery upon M.H. in or about August 2018.**

    *Plea:* Guilty

    *Finding:* Guilty.

**Specification 3:** **Aggravated assault upon E.V. in or about August 2018.**

    *Plea:* Guilty

    *Finding:* Guilty.

**Specification 4:** **Assault consummated by a battery upon E.V. on or about 9 October 2018.**

    *Plea:* Guilty

    *Finding:* Guilty.

**Specification 5:** **Aggravated assault upon E.V. in or about November 2018.**

    *Plea:* Guilty

    *Finding:* Guilty.

**Specification 6:** **Assault consummated by a battery upon E.V. on divers occasions from in or about January 2019 to in or about April 2019.**

    *Plea:* Guilty

    *Finding:* Guilty.

**Specification 7:** **Simple assault upon E.V. in or about October 2019.**

    *Plea:* Guilty

    *Finding:* Guilty.

## SENTENCE

On 29 September 2021, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

*For the Specification of Charge I:*
confinement for 6 months.

*For Specification 1 of Charge III:*
confinement for 6 months.

*For Specification 2 of Charge III:*
confinement for 6 months.

*For Specification 3 of Charge III:*
confinement for 10 months.

*For Specification 4 of Charge III:*
confinement for 6 months.

*For Specification 5 of Charge III:*
confinement for 10 months.

*For Specification 6 of Charge III:*
confinement for 10 months.

*For Specification 7 of Charge III:*
confinement for 10 months.

The terms of confinement will run concurrently.

**Confinement for a total of 10 months.**

**A bad-conduct discharge.**

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court